FILED

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 21 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-10348 |
| Plaintiff - Appellee, | D.C. No. 4:09-cr-00066-CW |
| v. |  |
| HECTOR LUIS MONTERROZO, | MEMORANDUM [*] |
| Defendant - Appellant. |  |

Appeal from the United States District Court
for the Northern District of California
Claudia Wilken, District Judge, Presiding

Submitted April 5, 2010[**]

Before:    RYMER, McKEOWN, and PAEZ, Circuit Judges.

Hector Luis Monterrozo appeals from the 46-month sentence imposed

following his guilty-plea conviction for being a deported alien found in the United

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

States, in violation of 8 U.S.C. § 1326(a).  We have jurisdiction pursuant to 28 U.S.C. § 1291.  We affirm, but remand to correct the judgment.

Monterrozo contends that the district court procedurally erred by failing to consider the 18 U.S.C. § 3553(a) sentencing factors.  The record indicates that the court did properly consider the sentencing factors, and Monterrozo did not provide any arguments requiring further explanation.  *See United States v. Ferguson*, 560 F.3d 1060, 1065 (9th Cir. 2009).

Monterrozo also contends that the sentence is substantively unreasonable.  In light of the totality of the circumstances and the 18 U.S.C. § 3553(a) sentencing factors, the bottom-of-the-Guidelines sentence was not unreasonable.  *See Gall v. United States*, 552 U.S. 38, 51 (2007).

In accordance with *United States v. Rivera-Sanchez*, 222 F.3d 1057, 1062 (9th Cir. 2000), we remand the case to the district court with instructions that it delete from the judgment the incorrect reference to § 1326(b).  *See United States v. Herrera-Blanco*, 232 F.3d 715, 719 (9th Cir. 2000) (remanding sua sponte to delete the reference to § 1326(b)).

**AFFIRMED; REMANDED to correct judgment.**

09-10348